**SO ORDERED.**

**SIGNED this 27 day of April, 2026.**



_Robert M. Matson_

**Robert M. Matson**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

|  |  |
|---|---|
| In re:<br><br>Tanya Allison Gassmann<br><br>  Debtor | Case No. 26-50121-RMM<br><br>Chapter 13 |

## <u>ORDER DENYING CONFIRMATION & DISMISSING CASE</u>

This Chapter 13 case came before the Court on April 23, 2026, at 1:30 PM for a hearing on confirmation of the Debtor's Chapter 13 Plan [Doc. 33], the Chapter 13 Trustee's Motion to Dismiss Case [Doc. 68], and numerous other requests for relief identified below. The Chapter 13 Trustee appeared through counsel, as did JJS Capital Group, LLC. The Debtor appeared pro se via telephone.

Shortly before the hearing, at around 11:00 AM, the Debtor filed an Emergency Motion for Recusal, an Emergency Motion to Continue Hearing, and related motions

seeking expedited hearings. *See* Docs. 111–114. The Court took up these matters first at the hearing.

For the reasons announced on the record at the hearing, it is hereby **ORDERED** as follows:

1.      Confirmation of the Debtor's Chapter 13 Plan [Doc. 33] is ***denied***,

2.      The Chapter 13 Trustee's Motion to Dismiss Case [Doc. 68] is ***granted***,

3.      The Debtor's Emergency Motion for Recusal [Doc. 111] and Emergency Motion to Continue Hearing [Doc. 113] are both ***denied***, and

4.      The following requests for relief are ***denied as moot***: Debtor's Motion for Extension of Time to File Schedules, Statements, Chapter 13 Plan, and Related Documents [Doc. 16], Debtor's Emergency Motion to Extend the Automatic Stay Beyond Thirty Days Pursuant to 11 U.S.C. § 362(c)(3)(B) [Doc. 46], Debtor's Motion for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 [Doc. 49], Debtor's Motion for Discovery, Sanctions, and Rule 9011 Relief Pursuant to Fed. R. Bankr. P. 7026, 9011, and 11 U.S.C. § 105(a) [Doc. 50], Debtor's Objection to the Claim of JJS Capital Group LLC Pursuant to 11 U.S.C. § 502 [Doc. 56], Debtor's Amended Debtor's Motion for Discovery Pursuant to Fed. R. Bankr. P. 7026 and 11 U.S.C. § 105(a) [Doc. 57], Debtor's Notice of Filing Transcript Excerpt and Request for Consideration Prior to Entry of Order on Motion for Relief from Stay [Doc. 76], Debtor's Objection to Admitted Evidence, Motion to Strike Exhibits Admitted at Hearing, and Supplemental Disclosure of Concealed Adverse Authority [Doc. 84], Debtor's Notice of Trustee Misconduct, Motion for Inquiry Into Coordination Between

Trustee's Office and Creditor JJS Capital Group LLC, Request for Evidentiary Hearing With Right to Cross-Examine Witnesses, and Request for Discovery of Communications Between Trustee's Office and Creditor's Counsel [Doc. 85], Debtor's Motion to Strike Testimony of Alex Smith, Request for Judicial Notice of Improper Service by JSS Capital Group LLC, and Motion to Strike Evidence of Cases Not Affecting 1104 Packer Street [Doc. 86], Chapter 13 Trustee's Objection to Exemptions [Doc. 89], and Debtor's Emergency Motion to Correct and Supplement the Record on Appeal Pursuant to Fed. R. Bankr. P. 8009(e) [Doc. 100].

**END OF DOCUMENT**